IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOUGLAS D. HENSON, JR.                                                      PLAINTIFF

v.                             Civil No. 6:19-CV-06027

BELINDA COSGROVE                                                          DEFENDANTS
(Captain, Garland County Detention Facility),
ELROD (Chief Deputy),
DEPUTY HADLEY (Sergeant, GCDF),
DEPUTY DAVIS (Chaplain, GCDF),
OFFICER BROWN (Chaplain, GCDF),
MIKE MCCORMICK (Sheriff),
J. LAWRENCE (Sheriff),
LORRIE BOWMAN (LPN, GCDF),
FORD (Sergeant), ANSLEY (Lieutenant),
EMERY (Classification Officer) and
ISOLATION OFFICER MONTGOMERY
(Perry County Sheriff)

**ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

At the beginning of his Complaint Plaintiff identifies the Defendants as employees of the Garland County Detention Facility. In his second claim, however, Plaintiff alleges he was transferred to a Perry County facility, where he was denied medical care by Defendant Montgomery. (ECF No. 1, p. 5). As Perry County is in the Eastern District of Arkansas, the Clerk is directed to take the following actions:

- Sever Defendant Montgomery from this case;
- Open a separate case in which Defendant Montgomery is the sole Defendant using a copy of the Complaint in this case;

1

- Once opened, that case should be **immediately** transferred to the Eastern District of Arkansas, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, pursuant to the provisions of 28 U.S.C. § 1406(a).

IT IS SO ORDERED this 9th day of May 2019.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE