IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOUGLAS D. HENSON                                                                                       PLAINTIFF

v.                                              Civil No. 6:19-CV-06027

BELINDA COSGROVE, ELROD,                                                                        DEFENDANTS
CAPTAIN RON HALVERSON, DEPUTY
HADLEY, DEPUTY DAVIS, OFFICER
BROWN, MIKE MCCORMICK,
J. LAWRENCE, LORRIE BOWMAN,
FORD, ANSLEY, and EMMERY

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This is a civil rights action provisionally filed pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2011), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

Currently before the Court is Plaintiff's failure to provide service information for two Defendants. On June 28, 2019, the Court entered an Order directing Plaintiff to provide service information for Defendants, Lorrie Bowman and Deputy Davis, by July 19, 2019. (ECF No. 21). Plaintiff was advised that failure to provide the information by the deadline would result in the dismissal of those Defendants from the case. (*Id*.). To date, Plaintiff has not provided service information for either Defendant.

It is Plaintiff's responsibility to provide the Court with the identity of and an address for proper service on Defendants. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). Accordingly, I recommend that the Defendants Bowman and Davis be DISMISSED as parties from this case WITHOUT PREJUDICE.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of August 2019.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE