IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


DOUGLAS D. HENSON                                                    PLAINTIFF


v.                                        Civil No. 6:19-cv-06027


BELINDA COSGROVE (Captain, Garland                                  DEFENDANTS
County Detention Facility), ELROD (Chief
Deputy), CAPTAIN RON HALVERSON,
DEPUTY HADLEY, OFFICER BROWN,
SHERIFF MIKE MCCORMICK, SHERIFF J.
LAWRENCE, SERGEANT FORD,
LT. ANSLEY, and CLASSIFICATION
OFFICER EMMERY


## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action provisionally filed pursuant to 42 U.S.C. § 1983.  Pursuant to

the provisions of 28 U.S.C. § 636(b)(1) and (3) (2011), the Hon. Robert T. Dawson, United States

District Judge, referred this case to the undersigned for the purpose of making a Report and

Recommendation.

Currently before the Court is a Joint Motion to Dismiss.  (ECF No. 45).  In the Motion, the

parties jointly state that they have reached a settlement in this case.  Accordingly, it is

recommended that the Motion (ECF No. 45) be GRANTED, and Plaintiffs' Complaint (ECF No.

1) be DISMISSED WITH PREJUDICE, subject to the terms of the parties' settlement agreement.

It is further recommended that if any party desires to make the terms of settlement a part

of the record herein, those terms should be reduced to writing and filed with the Court within thirty

(30) days from the date of this Report and Recommendation.

It is further recommended that the Court retain jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to specifically enforce the settlement agreement.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 26th day of March 2020.

/s/ *Mark E. Ford*

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE