IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DOUGLAS D. HENSON     PLAINTIFF

v.     Civil No. 6:19-cv-06027

BELINDA COSGROVE (Captain, Garland
County Detention Facility), ELROD (Chief
Deputy), CAPTAIN RON HALVERSON,
DEPUTY HADLEY, OFFICER BROWN,
SHERIFF MIKE MCCORMICK,
SHERIFF J. LAWRENCE, SERGEANT
FORD, LT. ANSLEY, and
CLASSIFICATION OFFICER EMMERY     DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 26, 2020, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 46.) Judge Ford reports that the parties in this case have filed a Joint Motion to Dismiss (ECF No. 45) stating that they have reached a settlement. It is recommended that the Motion be granted, and Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice subject to the terms of the parties' settlement agreement. It is further recommended that if any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days.

Upon review, the Court adopts the Report and Recommendation *in toto.*

Accordingly, the Joint Motion to Dismiss (ECF No. 45) should be and hereby is GRANTED, and Plaintiff's Complaint (ECF No. 1) should be and hereby is DISMISSED WITH PREJUDICE subject to the terms of the parties' settlement agreement. If any party desires to make

1

the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the date of this Order.

**IT IS SO ORDERED**, this 31st day of March 2020.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE